**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2039**

---

In re:  JOHN SAMUEL LEIGH, a/k/a J.D., a/k/a J.R.,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of West Virginia, at Martinsburg. (3:00-cr-00057-GMG-RWT-25)

---

Submitted:  January 23, 2025                    Decided:  January 27, 2025

---

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

John Samuel Leigh, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Samuel Leigh petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and § 404(b) the First Step Act of 2018. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Specifically, after the district court denied Leigh's motion initially, Leigh appealed. After finding that the district court did not adjudicate all of Leigh's claims, we concluded that we lacked jurisdiction over the appeal and remanded to the district court to consider the unadjudicated claims. *United States v. Leigh*, No. 23-6963, 2024 WL 1694071 (4th Cir. Apr. 19, 2024). Therefore, the court has not unduly delayed in ruling on Leigh's motion following the remand. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2